**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 17 PM 4:35

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| CATECIA GODBEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 103-181 |
| ) | (Formerly CR 100-069) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Government.

SO ORDERED this 17th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE